

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00140-CV

IN THE INTEREST OF J.A. AND B.A., CHILDREN

§ On Appeal from the 16th District Court

§ of Denton County (14-08342-16)

§ June 30, 2022

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellant Father must pay one-half of all costs of this appeal and that Appellee Mother must pay one-half of all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr